No. 86–704. MINNESOTA *v.* BERNDT. Sup. Ct. Minn. Motion of Minnesota County Attorneys Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 86–747. HEINTZ, COMMISSIONER OF THE CONNECTICUT DEPARTMENT OF INCOME MAINTENANCE *v.* HILLBURN ET AL. C. A. 2d Cir. Motion of Connecticut Association of Health Care Facilities, Inc., for leave to file a brief as *amicus curiae* granted. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–797. MICHIGAN *v.* BOOKER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–5420. BELL *v.* TEXAS. Ct. Crim. App. Tex.;
No. 86–5614. CARTER *v.* TENNESSEE. Sup. Ct. Tenn.; and
No. 86–5844. BOYD *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. Reported below: No. 86–5420, 707 S. W. 2d 52; No. 86–5614, 714 S. W. 2d 241; No. 86–5844, 494 N. E. 2d 284.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.